IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

ERIC I. BILLINGS,                          :
                                           :
                                           :
     Petitioner,                           :
                                           :          PRISONER HABEAS CORPUS
                                           :          28 U.S.C. § 2254
                                           :
                                           :
v.                                         :
                                           :
                                           :
UNKNOWN,                                   :          CIVIL ACTION NO.
                                           :          3:26-cv-00102-LMM
                                           :
     Respondent.                           :

**<u>ORDER</u>**

This matter is before the Court on the Magistrate Judge's Report and

Recommendation. Dkt. No. [3]. No objections have been filed in response to the

Report and Recommendation. Therefore, in accordance with 28 U.S.C.

§ 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has

reviewed the Report and Recommendation for clear error. It finds none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and

Recommendation as the opinion of the Court: Petitioner's § 2254 petition is

**DISMISSED** as an impermissible successive petition, and no certificate of appealability shall issue.[1] The Clerk is **DIRECTED** to **CLOSE** this case.

   **IT IS SO ORDERED**, this 10th day of July, 2026.

_____
**Leigh Martin May**
**Chief United States District Judge**

---

[1]    Petitioner is advised that he may not appeal the denial of a certificate of appealability but may seek a certificate from the Court of Appeals under Rule 22 of the Federal Rules of Appellate Procedure. 28 U.S.C. foll. § 2254, Rule 11(a).